**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

WANDA MARTINEZ and ANGEL SALCIDO, Personal Representative on behalf of the ESTATE OF CRISTAL CERVANTES, and those similarly situated,

Plaintiffs,

v.

META PLATFORMS, INC., f/k/a Facebook, Inc.; INSTAGRAM, LLC; META PAYMENTS, INC.; META PLATFORMS TECHNOLOGIES, LLC; MARK ZUCKERBERG; and ALEJANDRO ALIREZ,

Defendants.

Civil Action No.
**1:26-cv-02369-DHU-LF**

## NOTICE OF COMPLETION OF BRIEFING

**COME NOW**, Plaintiffs, through counsel, hereby NOTIFY the Court that the briefing is complete on *Plaintiff's Motion to Remand to State Court* [Doc. 9]. The following documents have been filed:

1. *Plaintiffs Motion to Remand to State Court [Doc. 9]* filed on August 21, 2026.
2. *Meta's Opposition to Plaintiffs' Motion to Remand [Doc.15]* filed on September 11, 2026.
3. *Plaintiffs' Reply to Defendant Meta's Response in Opposition to Plaintiffs' Motion to Remand [Doc. 18]* filed on September 25, 2026.

Briefing is now complete on Plaintiffs' Motion to Remand to State Court, and the Motion is ripe for a decision.

Dated: October 1, 2026

Respectfully submitted,

**CROSS LAW FIRM, LLC**

By: /s/ *Gerald Lee Cross, Jr.* (NMD #24-174)
7930 Santa Fe Drive, First Floor
Overland Park, Kansas 66204
Office Tel: (913) 236-5297
Fax: (913) 904-1650
lcross@cross-lawfirm.com
*Attorney for Plaintiffs*

**NIETO LAW OFFICE, LLC**

By: /s/ *Arturo B. Nieto*
Arturo B. Nieto, Esq.
P.O. Box 241
Los Lunas, NM 87031
Tel: (505) 247-1973
Fax: (505) 247-1975
Nieto.lawoffice@gmail.com
*Counsel for Plaintiffs*

**LAW OFFICE OF KEDAR BHASKER**

By: /s/ *Kedar Bhasker*
Kedar Bhasker, Esq.
2741 Indian School Rd. NE
Albuquerque, NM 87106
Tel: (505) 407-2088
Fax: (505) 709-3279
Kedar@bhaskerlaw.com
*Co-Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on October 1, 2026, I electronically filed the foregoing through CM/ECF system, which will send notice of filing to all counsel of record. I further certify that on the same date I served a copy by first-class U.S. mail, postage prepaid, on Defendant Alejandro Alirez at the address below:

Alejandro Alirez, NMCD #90790
Central New Mexico Correctional Facility
P.O. Drawer 1328
1525 Morris Road
Los Lunas, NM 87031-1328

*/s/ Gerald Lee Cross, Jr.*
Attorney for Plaintiffs